AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:17-cv-12892-MOB-RSW

This summons for *(name of individual and title, if any)* __Robert Sibert__

was received by me on *(date)* __September 5th 2017__

[ X ]  I personally served the summons on the individual at *(place)* __RJH Couries LLC.__
__33150 Schoolcraft #102 Livonia, Mi__ on *(date)* __September 18th 2017__ ; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

[ ]  I returned the summons unexecuted because _____ ; or

[ ]  Other: *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: __September 18th 2017__

Server's Signature

__Jerry Rosner Process Server__
*Printed Name and Title*
__18640 Mack Ave # 611 Detroit, Mi 48236__
*Server's address*

Additional information regarding attempted service, etc.:

2:17-cv-12892-MOB-RSW   Doc # 2   Filed 09/01/17   Pg 2 of 2   Pg ID 24

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:17-cv-12892-MOB-RSW

This summons for *(name of individual and title, if any)* **RJH Couriers LLC.**

was received by me on *(date)* **September 5th 2017**

[X] I personally served the summons on the individual at *(place)* **33150 Schoolcraft Rd. #102 Livonia Mi 48150** on *(date)* **September 18, 2017** ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: **September 18th 2017**

Server's Signature

**Jerry Rosner Process Server**
*Printed Name and Title*

**18640 Mack Ave. #611 Detroit, Mi 48236**
*Server's address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:17-cv-12892-MOB-RSW

This summons for *(name of individual and title, if any)* RJH Transportation LLC

was received by me on *(date)* September 5th 2017

[X] I personally served the summons on the individual at *(place)* 33150 Schoolcraft Rd #102 Livonia, Mi on *(date)* September 18th 2017 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other: *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: September 18th 2017

Server's Signature

Jerry Rosner  Process Server
*Printed Name and Title*

18640 Mack Ave #611 Detroit, Mi. 48236
*Server's address*

Additional information regarding attempted service, etc.: