UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DWAYLON ALEXANDER,
Plaintiff,
v.

RJH TRANSPORTATION LLC,
and
RJH COURIERS LLC,
and
ROBERT SIBERT,
Defendants.

Case No. 17-CV-12892-MOB-RSW

Hon. Marianne O. Battani

**MOTION FOR ENTRY OF DEFAULT JUDGEMENT**

Plaintiff, by his attorneys, Hawks Quindel, S.C., and Larry A. Johnson, Summer H. Murshid, and Timothy P. Maynard, hereby move for an Entry of Default Judgment, pursuant to Fed. R. Civ. P. 55(b), against Defendants RJH Transportation LLC, RJH Couriers LLC, and Robert Sibert collectively referred to hereafter as "RJH". In support of this motion, the Plaintiff submits to the Court the following:

1. Plaintiff filed his Complaint against RJH on August 31, 2017, alleging that RJH had violated the overtime wage compensation requirements of the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.* ("FLSA") and the Michigan Worker Opportunity Wage Act ("MWOW Act"), that RJH's conduct leading to these violations was willful, and that Defendants were liable. (ECF No. 1.)

2. Thereafter, Defendants failed to serve Plaintiff an Answer by or on September 26, 2017.

3. On January 5, 2018, Plaintiff filed his Request for Clerk's Entry of Default. (ECF No. 7.)

4. On January 8, 2018, the Clerk entered default against each Defendant. (ECF Nos. 8-10.)

5. As provided in Plaintiff's Brief in Support, along with the declaration filed in support thereof, Plaintiff respectfully requests the Court enter a default judgment in the amount of $6,861.35 in unpaid overtime wages plus an equal amount in liquidated damages for a total of $13,722.70.

6. Also provided in Plaintiff's Brief in Support, along with the declaration filed in support thereof by Larry A. Johnson, Plaintiff respectfully requests the Court enter a default judgment in the amount of $13,749.61 for his costs and attorneys' fees.

7. In total, Plaintiff respectfully requests the Court to enter judgment against Defendants RJH in the amount of $27,472.31.

Dated this 2nd day of March, 2018.

Respectfully submitted,

***s / Larry A. Johnson***
Larry A. Johnson
Wis. Bar Number 1056619
Summer Murshid
Wis. Bar Number 1075404
Timothy Maynard
Wis. Bar Number 1080953
Attorneys for Plaintiffs

**Hawks Quindel, S.C.**
222 East Erie, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
Telephone: 414-271-8650
Fax: 414-271-8442
E-mail: ljohnson@hq-law.com
smurshid@hq-law.com
tmaynard@hq-law.com