UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DWAYLON ALEXANDER,
Plaintiff,
v.

RJH TRANSPORTATION LLC,
and
RJH COURIERS LLC,
and
ROBERT SIBERT,
Defendants.

Case No. 17-CV-12892-MOB-RSW

Hon. Marianne O. Battani

## VERIFIED STATEMENT OF FEES

| Timekeeper Initials | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| LAJ | 2/21/2017 | $350.00 | 0.6 | $210.00 | Calls and voicemails to witnesses; call with client |
| LAJ | 4/14/2017 | $350.00 | 0.2 | $70.00 | Review status; email CR re drafting demand letter and building model |
| CR | 4/18/2017 | $200.00 | 3.8 | $760.00 | Draft demand letter, draft damages model |
| CR | 4/19/2017 | $200.00 | 0.5 | $100.00 | PC to client for additional information on hours worked |
| CR | 4/26/2017 | $200.00 | 0.3 | $60.00 | PC w/ client re: pay stubs and Damages Model |
| LAJ | 5/5/2017 | $350.00 | 0.3 | $105.00 | Review model; confer with CR re modifications and review documents in file |
| CR | 5/5/2017 | $200.00 | 1 | $200.00 | Review bank deposits and incorporate into damages model |
| CR | 5/9/2017 | $200.00 | 0.8 | $160.00 | Continue revisions to damages model |
| TPM | 6/7/2017 | $275.00 | 0.7 | $192.50 | Review file; revise demand letter |
| TPM | 6/7/2017 | $275.00 | 1.3 | $357.50 | Finalize demand and tolling agreement |
| TPM | 6/13/2017 | $275.00 | 0.4 | $110.00 | Call client re: settlement authority; finalize demand |
| LAJ | 7/3/2017 | $350.00 | 0.2 | $70.00 | Review file; email co-counsel; voicemail to opposing party re status of response to demand |

| | | | | | |
|---|---|---|---|---|---|
| LAJ | 7/6/2017 | $350.00 | 0.3 | $105.00 | Review LSA scope considering lack of deal; send revised LSA with scope to file; email opposing party; review timing |
| LAJ | 7/11/2017 | $350.00 | 0.2 | $70.00 | Review tolling agreement signed to confirm not signed by opposing party; email to staff and team; calendar next steps |
| CR | 7/31/2017 | $200.00 | 1 | $200.00 | Read Dft's response, review FLSA independent contractor test, review complaint and revise |
| LAJ | 8/1/2017 | $350.00 | 0.3 | $105.00 | Review notes with CR and review test; discuss letter to OP |
| CR | 8/1/2017 | $200.00 | 2 | $400.00 | Begin draft of complaint |
| CR | 8/1/2017 | $200.00 | 1.6 | $320.00 | Review and revise complaint |
| CR | 8/10/2017 | $200.00 | 0.2 | $40.00 | Confer with Attorney Johnson re: Complaint |
| SM | 8/31/2017 | $350.00 | 0.8 | $280.00 | Review and revise complaint |
| SM | 8/31/2017 | $350.00 | 0.3 | $105.00 | Review/finalize complaint |
| CR | 9/26/2017 | $200.00 | 2 | $400.00 | Research pacer for 26(f) example in ED of MI, begin draft of 26(f) |
| CR | 9/26/2017 | $200.00 | 2 | $400.00 | Finalize draft of 26(f); begin drafting 30(b)(6) notice of deposition |
| CR | 11/1/2017 | $200.00 | 1.9 | $380.00 | Research MI local rules re: Default. Begin drafting brief in Support |
| CR | 11/1/2017 | $200.00 | 1.3 | $260.00 | Continue drafting brief in support for Default Judgment |
| CR | 11/1/2017 | $200.00 | 0.8 | $160.00 | Continue drafting brief in Support of Default Judgment |
| CR | 11/1/2017 | $200.00 | 0.5 | $100.00 | Draft and send (email/mail) letter to RJH re: no Answer |
| CR | 11/1/2017 | $200.00 | 2.9 | $580.00 | Revise brief in support for Default Judgment |
| CR | 11/7/2017 | $200.00 | 2.6 | $520.00 | Draft declaration of LAJ for Default, review damages model, draft Dwaylon declaration, revise and finalize all Default documents and send to LAJ |
| CR | 11/8/2017 | $200.00 | 0.3 | $60.00 | Draft statement of fees, email K. Holiday |
| CR | 11/13/2017 | $200.00 | 0.1 | $20.00 | Email K. Holiday re: fee statement, attached drafted doc. |
| LAJ | 1/5/2018 | $350.00 | 1.5 | $525.00 | Review brief and revise on default; confer with EC on Notice of Appearance and request for entry of default |

| | | | | | |
|---|---|---|---|---|---|
| CR | 2/21/2018 | $200.00 | 0.5 | $100.00 | Damages research in 6th circuit/MI for default brief |
| LAJ | 2/21/2018 | $350.00 | 1.9 | $665.00 | Review and reorganize brief argument and confer with CR on additional cites needed |
| CR | 2/22/2018 | $200.00 | 1.7 | $340.00 | Research re 6th Cir lodestar cases |
| CR | 2/22/2018 | $200.00 | 1.3 | $260.00 | Update verified fee statement, email K. Holiday for Decl., |
| LAJ | 2/27/2018 | $350.00 | 1.8 | $630.00 | Further revisions of declaration and revise damages model |
| LAJ | 2/27/2018 | $350.00 | 2.1 | $735.00 | Further revisions to brief for default; confer with CR re calling client on declaration |
| LAJ | 2/27/2018 | $350.00 | 0.5 | $175.00 | Review statement of fees; revise to remove duplicative and redundant time entries |
| CR | 2/27/2018 | $200.00 | 0.9 | $180.00 | Research regarding attorney fee rates in 6th circuit; pull MI survey; confer with LAJ |
| CR | 3/2/2018 | $200.00 | 0.6 | $120.00 | Send decl. to client and call client regarding the same |
| CR | 3/2/2018 | $200.00 | 0.5 | $100.00 | Revise motion for entry of default judgment |
| LAJ | 3/2/2018 | $350.00 | 1 | $350.00 | Confer with CR; review brief and finalize |
| CR | 3/2/2018 | $200.00 | 0.8 | $160.00 | Finalize all documents; fix declaration cites; and file with Court |
| | K. Holiday Time | $295.00 | 6.6 | $1,947.00 | |
| | | Totals | 52.9 | $13,187.00 | |

| Recap | |
|---|---|
| LAJ | 10.9 |
| CR | 31.3 |
| TPM | 2.4 |
| SM | 1.1 |

By my signature below, I hereby verify that I am the lead attorney in the above captioned matter and that the above statement of fees in this matter is true and correct.

Respectfully submitted this 2nd day of March, 2018.

**s/ LARRY A. JOHNSON .**