**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

**DWAYLON ALEXANDER,**
**Plaintiff,**
**v.**

**Case No. 17-CV-12892**

**RJH TRANSPORTATION LLC,**
**and**
**RJH COURIERS LLC,**
**and**
**ROBERT SIBERT,**
**Defendants.**

**Hon. Marianne O. Battani**

**VERIFIED STATEMENT OF COSTS**

By my signature below, I hereby verify that I am an attorney in the above captioned matter and that the below statement of costs in this matter is true and correct:

| Date | Amount | Description |
|---|---|---|
| 09/07/2017 | $136.00 | Service Fee |
| 09/26/2017 | $400.00 | Filing Fee |
| 09/26/2017 | $25.00 | Skip trace report on Defendants |
| 11/01/2017 | $1.61 | Postage |
| Total | $562.61 | |

Respectfully submitted this 2nd day of March, 2018.

Respectfully submitted,

<u>**s/LARRY A. JOHNSON**</u>
Larry A. Johnson
WI Bar Number 1056619
Summer Murshid
WI Bar Number 1075404
Timothy Maynard
WI Bar Number 1080953
Attorneys for Plaintiff

**Hawks Quindel, S.C.**
222 East Erie, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
Telephone: 414-271-8650
Fax: 414-271-8442
E-mail: ljohnson@hq-law.com
smurshid@hq-law.com
tmaynard@hq-law.com