**From:** rjhtransportation <rjhtransportation@gmail.com>
**Sent:** Thursday, July 06, 2017 6:00 PM
**To:** Larry Johnson
**Cc:** RJH Transportation
**Subject:** Re: Dwaylon Alexander

Hi Mr. Johnson,

I left you a message with the same information in this email response. We have been getting the information together to send a response letter and documentation that will be going out in the next day or two showing Dwaylon Alexander was never an employee with the company. I will indicate this again in the letter along with his Independent Contractor Agreement for his company that was paid for services rendered, and that received a 1099.

I can forward you an email once it is placed in the mail therefore you can look out for it.

Thank you
Jennifer Sibert

-------- Original message --------
From: Larry Johnson <ljohnson@hq-law.com>
Date: 7/6/17 4:07 PM (GMT-05:00)
To: rjhtransportation@gmail.com
Subject: Dwaylon Alexander

Mr. Robert Sibert,

My name is Larry Johnson. I am an attorney and have been retained by Mr. Dwaylon Alexander with regard to his employment with RJH Transportation. I recently sent you a letter regarding Mr. Alexander, but I have received no response from you. If you could please contact me as soon as possible, I would appreciate it.

If you are represented by an attorney in this matter, please forward this message to your counsel and ask them to contact me immediately.

Thank you,

Larry A. Johnson
Shareholder

222 E. Erie Street • Suite 210 • P.O. Box 442 • Milwaukee, WI 53201
Phone: (414) 271-8650 • Fax: (414) 271-8442 • www.hq-law.com

PLEASE NOTE: If you receive this email in error, use or disclosure is prohibited. Please notify me of the error by email and delete this email. Thank you.