UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DWAYLON ALEXANDER,
Plaintiff,
v.

RJH TRANSPORTATION LLC,
and
RJH COURIERS LLC,
and
ROBERT SIBERT,
Defendants.

Case No. 17-CV-12892-MOB-RSW

Hon. Marianne O. Battani

**DECLARATION OF KATHERINE M. HOLIDAY IN SUPPORT OF ATTORNEYS' FEES AND COSTS**

I, Katherine M. Holiday, certify under penalty of perjury that the following is true and correct to the best of knowledge and recollection:

1. I am an adult resident of the State of Wisconsin and am an attorney in good standing, licensed to practice law in the State of Wisconsin and State of Illinois and before multiple U.S. District Courts.

2. I am Plaintiff's co-counsel with Hawks Quindel, S.C. in the above-referenced matter.

3. I have practiced law since November 2011. Since that time, I have represented plaintiffs in employment-related actions with a focus on fraud, discrimination, and wage and hour litigation.

4. I am the Section Co-Chair for the Milwaukee Bar Association Labor and Employment Section. I have been a member of the National Employment Lawyers Association and Wisconsin Employment Lawyers Association.

5. While our firm typically undertakes representation on a contingency basis, I have billed and received $295.00 per hour for legal representation. I have also been awarded attorney's fees by the Eastern District of Wisconsin at the hourly rate of $295.00.

6. I have been co-counsel in this case with Hawks Quindel and maintained contemporaneous time records of the work performed.

7. Plaintiff's counsel accepted this case on a contingency basis, bearing the entire risk in the event that that there was no recovery resulting from either a failure of proof at trial or Defendant's inability to satisfy a judgment.

8. The hours expended by Plaintiff's counsel in this matter were reasonable and necessary to successfully resolve this matter. The tasks performed by Mahany Law in this matter included, but were not limited to, the following:

    a. Pre-filing investigation;

    b. Conferences with client and co-counsel; and

    c. Review of and time records for purposes of creating a damages calculation.

9. The fees incurred by Plaintiff's Counsel in this matter are reasonable and necessary to achieving resolution of the matter.

10. Attached hereto as Exhibit A is a statement of the Mahany Law fees Attorneys' fees in this case.

11. I have reviewed their time entries and removed all time that was deemed, in retrospect, to have been excessive or duplicative. The hours remaining on Exhibit A reflect work reasonably and necessarily performed in the litigation and settlement this action.

12. In total, the Mahany Law fees Attorneys' fees incurred in this matter are $2,596.00.

Dated this 26th Day of February 2018.

s/Katherine M. Holiday
Katherine M. Holiday