**Mahany Law**
**PO Box 511328**
**Milwaukee, WI 53203**
**Phone: 414-258-2375, Fax: 414 777-0776**

Invoice submitted to:
**Dwaylon Alexander**

**Invoice # 11367**

Invoice Date: 02/27/18
Terms: COD
Services Through: 02/27/18

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| In Reference To: | **Non Matter Related (Professional Services)** | | | | | |
| 06/29/16 | KH | Phone Call | Alexander, Dwaylon: Call with client for additional facts | 0.40 | 295.00 | $118.00 |
| 06/29/16 | KH | Research | Alexander, Dwaylon: Research facts for claim against MCA exception | 1.50 | 295.00 | $442.50 |
| 07/26/16 | KH | Research | Alexander, Dwaylon: Research potential FCA case; call with client re same; email to client re same | 1.00 | 295.00 | $295.00 |
| 08/22/16 | KH | Phone Call | Call with client re status of case | 0.20 | 295.00 | $59.00 |
| 09/06/16 | KH | Court Time | Strategy & task list meeting with cocounsel | 0.20 | 295.00 | $59.00 |
| 09/09/16 | KH | Documentation | Call with client re cocounsel; email to client re same; memorandum to cocounsel re same | 0.50 | 295.00 | $147.50 |
| 10/17/16 | KH | Phone Call | Call with client re status; emails with cocounsel re same | 0.30 | 295.00 | $88.50 |
| 11/07/16 | KH | Draft | Call with client re potential FCA case | 0.50 | 295.00 | $147.50 |
| 12/07/16 | KH | Phone Call | Phone call with client re additional facts for potential FCA claim; client is sending me additional information | 0.50 | 295.00 | $147.50 |
| 01/18/17 | KH | Phone Call | Call with client re potential fraud claim | 0.50 | 295.00 | $147.50 |
| 02/07/17 | KH | Correspondence | Emails to and from client and cocounsel re status and next steps; meet with FCA team re FCA case; send declination of FCA case | 0.50 | 295.00 | $147.50 |
| 05/08/17 | KH | Draft | Emails with cocounsel re updates | 0.20 | 295.00 | $59.00 |
| 05/15/17 | KH | Draft | Emails with cocounsel re status of case | 0.30 | 295.00 | $88.50 |
| 06/12/17 | KH | Draft | Begin to create fee petition | 0.50 | 295.00 | $147.50 |
| 06/24/17 | KH | Draft | Email with cocounsel re cocounsel agreement | 0.10 | 295.00 | $29.50 |
| 06/28/17 | KH | Meeting | Meeting with B. Mahany re cocounsel agreement; email to cocounsel re same | 0.60 | 295.00 | $177.00 |
| 07/05/17 | KH | Meeting | Meeting with B. Mahany re cocounsel agreement | 0.40 | 295.00 | $118.00 |
| 07/10/17 | KH | Draft | Emails with cocounsel re cocounsel agreement; sign cocounsel agreement | 0.20 | 295.00 | $59.00 |
| 08/16/17 | KH | Draft | Draft declaration | 0.40 | 295.00 | $118.00 |

Pre-Bill

| | |
|---|---|
| Total Hours: | 8.80 |
| Total Labor: | $2,596.00 |
| **Total Invoice Amount:** | **$2,596.00** |
| **Total Amount Due:** | **$2,596.00** |