Exhibit A to Declaration of Dwaylon Alexander

Damages Model

| Workweek Ending | Pay Date | Hours Worked From Time Sheet | Hours Worked From Paystub | Bank Deposits | Hours From Bank Deposit | Hours Worked | Hours Over Forty | Hourly Rate | Overtime Premium Rate | Unpaid Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/7/2015 | | 32.75 | | | | 32.75 | 0 | $9.00 | $4.50 | $0.00 |
| 6/14/2015 | 7/3/2015 | 36.7 | | | | 36.7 | 0 | $9.00 | $4.50 | $0.00 |
| 6/21/2015 | | 9 | | | | 9 | 0 | $9.00 | $4.50 | $0.00 |
| 6/28/2015 | 7/17/2015 | 0 | | | | 0 | 0 | $9.00 | $4.50 | $0.00 |
| 7/5/2015 | | 14.75 | | | | 14.75 | 0 | $9.00 | $4.50 | $0.00 |
| 7/12/2015 | 7/31/2015 | 38.05 | | | | 38.05 | 0 | $9.00 | $4.50 | $0.00 |
| 7/19/2015 | | 43 | | | | 43 | 3 | $10.00 | $5.00 | $15.00 |
| 7/26/2015 | 8/14/2015 | 39.75 | | | | 39.75 | 0 | $10.00 | $5.00 | $0.00 |
| 8/2/2015 | | 45.35 | | | | 45.35 | 5.35 | $10.00 | $5.00 | $26.75 |
| 8/9/2015 | 8/28/2015 | 44 | | | | 44 | 4 | $10.00 | $5.00 | $20.00 |
| 8/16/2015 | | 49.75 | | | | 49.75 | 9.75 | $10.00 | $5.00 | $48.75 |
| 8/23/2015 | 9/11/2015 | 52.53 | | | | 52.53 | 12.53 | $10.00 | $5.00 | $62.65 |
| 8/30/2015 | | | | | | 52.05 | 12.05 | $10.00 | $5.00 | $60.25 |
| 9/6/2015 | 9/25/2015 | | | $942.11 | 104.10 | 52.05 | 12.05 | $10.00 | $5.00 | $60.25 |
| 9/13/2015 | | 41.55 | | | | 41.55 | 1.55 | $10.00 | $5.00 | $7.75 |
| 9/20/2015 | 10/9/2015 | 53.35 | | | | 53.35 | 13.35 | $10.00 | $5.00 | $66.75 |
| 9/27/2015 | | | | | | 54.1 | 14.1 | $12.00 | $6.00 | $84.60 |
| 10/4/2015 | 10/23/2015 | | 108.2 | | | 54.1 | 14.1 | $12.00 | $6.00 | $84.60 |
| 10/11/2015 | | 55 | | | | 55 | 15 | $12.00 | $6.00 | $90.00 |
| 10/18/2015 | 11/6/2015 | 54 | | | | 54 | 14 | $12.00 | $6.00 | $84.00 |
| 10/25/2015 | | 57.25 | | | | 57.25 | 17.25 | $12.00 | $6.00 | $103.50 |
| 11/1/2015 | 11/20/2015 | 20.25 | | | | 20.25 | 0 | $12.00 | $6.00 | $0.00 |
| 11/8/2015 | | 64 | | | | 64 | 24 | $12.00 | $6.00 | $144.00 |
| 11/15/2015 | 12/4/2015 | 61.25 | | | | 61.25 | 21.25 | $12.00 | $6.00 | $127.50 |
| 11/22/2015 | | 43 | | | | 43 | 3 | $12.00 | $6.00 | $18.00 |
| 11/29/2015 | 12/18/2015 | 46.25 | | | | 46.25 | 6.25 | $12.00 | $6.00 | $37.50 |
| 12/6/2015 | | 57.5 | | | | 57.5 | 17.5 | $12.00 | $6.00 | $105.00 |
| 12/13/2015 | 1/1/2016 | 56.75 | | | | 56.75 | 16.75 | $12.00 | $6.00 | $100.50 |
| 12/20/2015 | | 58.5 | | | | 58.5 | 18.5 | $12.00 | $6.00 | $111.00 |
| 12/27/2015 | 1/15/2016 | 45.5 | | | | 45.5 | 5.5 | $12.00 | $6.00 | $33.00 |
| 1/3/2016 | | 54.75 | | | | 54.75 | 14.75 | $12.00 | $6.00 | $88.50 |
| 1/10/2016 | 1/29/2016 | 53.75 | | | | 53.75 | 13.75 | $12.00 | $6.00 | $82.50 |
| 1/17/2016 | | | | | | 54.75 | 14.75 | $12.00 | $6.00 | $88.50 |
| 1/24/2016 | 2/12/2016 | | | | | 54.75 | 14.75 | $12.00 | $6.00 | $88.50 |
| 1/31/2016 | | | | | | 54.75 | 14.75 | $12.00 | $6.00 | $88.50 |
| 2/7/2016 | 2/26/2016 | | | | | 54.75 | 14.75 | $12.00 | $6.00 | $88.50 |
| 2/14/2016 | | | | | | 55.25 | 15.25 | $12.00 | $6.00 | $91.50 |
| 2/21/2016 | 3/11/2016 | | | $1,000.00 | 92.08 | 55.25 | 15.25 | $12.00 | $6.00 | $91.50 |
| 2/28/2016 | | | | | | 86.58 | 46.58 | $12.00 | $6.00 | $279.48 |
| 3/6/2016 | 3/25/2016 | | | $1,567.00 | 144.30 | 86.58 | 46.58 | $12.00 | $6.00 | $279.48 |
| 3/13/2016 | | | | | | 79.75 | 39.75 | $12.00 | $6.00 | $238.50 |
| 3/20/2016 | 4/8/2016 | | | $1,443.40 | 132.92 | 79.75 | 39.75 | $12.00 | $6.00 | $238.50 |
| 3/27/2016 | | | | | | 66.08 | 26.08 | $12.00 | $6.00 | $156.48 |
| 4/3/2016 | 4/22/2016 | | 132.15 | | | 66.08 | 26.08 | $12.00 | $6.00 | $156.48 |
| 4/10/2016 | | | | | | 69.48 | 29.48 | $12.00 | $6.00 | $176.88 |
| 4/17/2016 | 5/6/2016 | | 138.95 | | | 69.48 | 29.48 | $12.00 | $6.00 | $176.88 |
| 4/24/2016 | | 67 | | | | 67 | 27 | $12.00 | $6.00 | $162.00 |
| 5/1/2016 | 5/20/2016 | 75.75 | | | | 75.75 | 35.75 | $12.00 | $6.00 | $214.50 |

Exhibit A to Declaration of Dwaylon Alexander

Damages Model

| Workweek Ending | Pay Date | Hours Worked From Time Sheet | Hours Worked From Paystub | Bank Deposits | Hours From Bank Deposit | Hours Worked | Hours Over Forty | Hourly Rate | Overtime Premium Rate | Unpaid Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/8/2016 | | 69 | | | | 69 | 29 | $12.00 | $6.00 | $174.00 |
| 5/15/2016 | 6/3/2016 | 58.63 | | | | 58.63 | 18.63 | $12.00 | $6.00 | $111.78 |
| 5/22/2016 | | 66.55 | | | | 66.55 | 26.55 | $12.00 | $6.00 | $159.30 |
| 5/29/2016 | 6/17/2016 | 69.78 | | | | 69.78 | 29.78 | $12.00 | $6.00 | $178.68 |
| 6/5/2016 | | 66.5 | | | | 66.5 | 26.5 | $12.00 | $6.00 | $159.00 |
| 6/12/2016 | 7/1/2016 | 62.25 | | | | 62.25 | 22.25 | $12.00 | $6.00 | $133.50 |
| 6/19/2016 | | 65.9 | | | | 65.9 | 25.9 | $12.00 | $6.00 | $155.40 |
| 6/26/2016 | 7/15/2016 | 73.58 | | | | 73.58 | 33.58 | $12.00 | $6.00 | $201.48 |
| 7/3/2016 | | | | | | 56.25 | 16.25 | $12.00 | $6.00 | $97.50 |
| 7/10/2016 | 7/29/2016 | | 112.5 | | | 56.25 | 16.25 | $12.00 | $6.00 | $97.50 |
| 7/17/2016 | | 68 | | | | 68 | 28 | $12.00 | $6.00 | $168.00 |
| 7/24/2016 | 8/12/2016 | 67.58 | | | | 67.58 | 27.58 | $12.00 | $6.00 | $165.48 |
| 7/31/2016 | | | | | | 76.81 | 36.81 | $12.00 | $6.00 | $220.86 |
| 8/7/2016 | 8/26/2016 | | | $1,390.15 | 128.01 | 76.81 | 36.81 | $12.00 | $6.00 | $220.86 |
| 8/14/2016 | | 65.43 | | | | 65.43 | 25.43 | $12.00 | $6.00 | $152.58 |
| 8/21/2016 | 9/9/2016 | 61.75 | | | | 61.75 | 21.75 | $12.00 | $6.00 | $130.50 |
| 8/28/2016 | | 26 | | | | 26 | 0 | $12.00 | $6.00 | $0.00 |
| 9/4/2016 | 9/23/2016 | 49.4 | | | | 49.4 | 9.4 | $12.00 | $6.00 | $56.40 |
| 9/11/2016 | | | | | | 0 | 0 | $12.00 | $6.00 | $0.00 |
| 9/18/2016 | 10/7/2016 | | | | | 0 | 0 | $12.00 | $6.00 | $0.00 |
| | | | | | | Total Unpaid Overtime Wages | | | | $6,861.35 |