RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME A More Excellent Way Transportation

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 8-22-16 | MONDAY | 4 am | 6 pm * | 14 came in for wheel chair van inspection and | |
| 8-23-16 | TUESDAY | 4 am | 4:05 | 12 went to O'Reilly's to get brakes and a rotor for wheel chair van | |
| 8-24-16 | WEDNESDAY | 4 am | off | | |
| 8-25-16 | THURSDAY | 4 am | off | | |
| 8-26-16 | FRIDAY | 4 am | off | /26 | |
| | | | | | |
| 8-29-16 | MONDAY | 4 am | off | | |
| 8-30-16 | TUESDAY | 6 am | 7:05 | 15:05 | had |
| 8-31-16 | WEDNESDAY | 7 am | 7:30 pm | 12 * | flat tire coming from Novi |
| 9-1-16 | THURSDAY | 7 am | 5:30 pm | 10:30 | |
| 9-2-16 | FRIDAY | 6 am 6:30 | 6:35 | 12:05 | * dropped off car |

Jergens
49:40

TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME A More Excellent Way Transportation

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
| --- | --- | --- | --- | --- | --- |
| 8-8-16 | MONDAY | 4am | 4pm | 12 | |
| 8-9-16 | TUESDAY | 4am | 4:30 | 12:30 | |
| 8-10-16 | WEDNESDAY | 4 a.m | 4:30 | 12:30 | |
| 8-11-16 | THURSDAY | 4am | 5:36 | 13:36 | |
| 8-12-16 | FRIDAY | 4am | 7:30 | 15:30 | |
| | | | | | 65.26 |
| 8-15-16 | MONDAY | 4am | 6:30 | 14:30 | |
| 8-16-16 | TUESDAY | 4am | 4pm | 12 | |
| 8-17-16 | WEDNESDAY | 4am | 5:30 | 13:30 | |
| 8-18-16 | THURSDAY | 4am | 6pm | 14 | |
| 8-19-16 | FRIDAY | 4am | 12:15 | 8:15 | |

61.45

127.11
TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

**RJH TRANSPORTATION REPORTING TIME SHEET**

**EMPLOYEE NAME** A More Excellent Way Transportation

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 7-11-16 | MONDAY | 4am | 6pm | 14 | |
| 7-12-16 | TUESDAY | 4am | 5:35 | 13:35 | |
| 7-13-16 | WEDNESDAY | 4am | 5:30 | 13:30 | |
| 7-14-16 | THURSDAY | 4am | 3:30 | 11:30 | |
| 7-15-16 | FRIDAY | 4am | 6:05 | 16:05 | 68 |
| | | | | | |
| 7-18-16 | MONDAY | 4am | 6:05pm | 14:05 | |
| 7-19-16 | TUESDAY | 4am | 4:30 | 12:30 | |
| 7-20-16 | WEDNESDAY | 4am | 3:30 | 11:30 | |
| 7-21-16 | THURSDAY | 4am | 7pm | 15 | |
| 7-22-16 | FRIDAY | 4am | 6:30 | 14:30 | 67.35 |

* helped out Robin and take home

135.35
**TOTAL HOURS THIS PAY PERIOD**

$1624.20
**PAY AMOUNT**

Amber Lott

**AUTHORIZING SIGNATURE**

**DATE**

# RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME A More Excellent Way Transportation

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 6.13.16 | MONDAY | 4am | 4:49 | 12:49 | |
| 6.14.16 | TUESDAY | 4am | 6:30 | 14:30 | |
| 6.15.16 | WEDNESDAY | 4am | 4:45 | 12:45 | |
| 6.16.16 | THURSDAY | 4am | 2:30 | 10:30 | |
| 6.17.16 | FRIDAY | 4am | 8pm | 16 | =65.54 |
| 6.18.16 | | off | * helpem matt with the van (flat tire) | | |
| 6.20.16 | MONDAY | 4am | 4pm | 12 | |
| 6.21.16 | TUESDAY | 4am | 8:25pm | 18:25 | |
| 6.22.16 | WEDNESDAY | 4am | 5pm | 13 | |
| 6.23.16 | THURSDAY | 4am | 4pm | 13 | |
| 6.24.16 | FRIDAY | 4am | 4pm | 12 | |

6.25.16 Saturday 4am 9:10

139:29
TOTAL HOURS THIS PAY PERIOD

$1671.48
PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME a More Excellent Way Transportation

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 5·30·16 | MONDAY | 4am | 6pm | ·14 | |
| 5·31·16 | TUESDAY | 4am | 5pm | 13 | |
| 6·1·16 | WEDNESDAY | 4am | 8:15 | 4:15 | |
| 6·2·16 | THURSDAY | 4am 12:30pm | 8:am 6:35pm | 4 6 =10 | |
| 6·3·16 | FRIDAY | 4am | 5:15 | 13:15 | |
| 6·4·16 | Saturday | 4am | 3pm | 12 | 66:30 |
| 6·6·16 | MONDAY | 4am | 2pm | 10 | |
| 6·7·16 | TUESDAY | 4am | 6:30 | 14:30 | |
| 6·8·16 | WEDNESDAY | 4am | 4:38 | 12:30 | |
| 6·9·16 | THURSDAY | 4am | 4:30 | 12:30 | |
| 6:10:16 | FRIDAY | 4am | 4:45 | 12:45 | 62:15 |

6·11·16 Saturday 4am off.

128.45
TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

# TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME A More Excellent Way Transportation

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 5-16-16 | MONDAY | 4 am | 5:05 | 13:05 | |
| 5-17-16 | TUESDAY | 4 am | 4 pm | 12 | |
| 5-18-16 | WEDNESDAY | ~~[illegible]~~ 6am | 3:30 | 9.3 | |
| 5-19-16 | THURSDAY | 4 am | 5:20 | 13:20 | |
| 5-20-16 | FRIDAY | 4 am | 6:05 | 14:05 | |
| 5-21-16 | Saturday | 4:30 | 9 am | 4:30 | 66.33 |
| 5-23-16 | MONDAY | 4 am | 5:30 | 13:30 | |
| 5-24-16 | TUESDAY | 4 am | 4:08 | 12 | |
| 5-25-16 | WEDNESDAY | 4 am | 6 pm | 14 | |
| 5-26-16 | THURSDAY | 4 am | 4:00 | 12:00 | |
| 5-27-16 | FRIDAY | 4 am | 5:17 | 13:17 | |

5-28-16 Sat 4 am 9 am 5 / 69:47

136.20

TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

# RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME A More Excellent Way Transportation

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 5-2-16 | MONDAY | 4:00 | 5? | 14 | |
| 5-3-16 | TUESDAY | 4:00 | 3:30 | 11:30 | |
| 5-4-16 | WEDNESDAY | 4:00 | 4:30 | 12:30 | |
| 5-5-16 | THURSDAY | 4:00 | 5 pm | 13 | |
| 5-6-16 | FRIDAY | 4:00 | 4 pm | 12 | |
| 5-7-16 | Saturday | 4:00 | 10 am | 6 / 6 | |
| 5-9-16 | MONDAY | Off | | | |
| 5-10-16 | TUESDAY | 4 am | 5:38 | 13:38 | |
| 5-11-16 | WEDNESDAY | 4 am | 4 pm | 12 | |
| 5-12-16 | THURSDAY | 4 am | 7:00 | 4? | |
| 5-13-16 | FRIDAY | 4 am | 5 pm | 13 | |

5-14-16 Saturday 4 am 10 am 6 / 38:38

137.38

TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

EMPLOYEE NAME [illegible] Transportation

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 4-18-16 | MONDAY | 3:30 | 2:30 | 11 | |
| 4-19-16 | TUESDAY | 3:30 | 3:00 | [illegible] | |
| 4-20-16 | WEDNESDAY | 3:30 | 3:30 | 12 | |
| 4-21-16 | THURSDAY | 3:30 | 6:00 | 14:30 | |
| 4-22-16 | FRIDAY | 3:30 | 7:30 12:30-6A | 0 | |
| 4-23-16 | Saturday | 3:30 | 12 | 8:30/107 | |
| 4-25-16 | MONDAY | 3:30 | 5:30 | 15 | |
| 4-26-16 | TUESDAY | 3:30 | 4:30 | 14 | |
| 4-27-16 | WEDNESDAY | 3:30 | 5:30 | [illegible] | |
| 4-28-16 | THURSDAY | 3:30 | 2:45 | 11:15 | |
| 4-29-16 | FRIDAY | 3:30 | 5:30 | 14 | |

4-30-16 Saturday 5:00 12:30 7:30 / 75.75

142.45

TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME a More Excellent Way Transportation

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 12-28-15 | MONDAY | 6 am | 7 am | 13 | |
| 12-29-15 | TUESDAY | 6:15 | 6:30 | 12.25 | |
| 12-30-15 | WEDNESDAY | 3 am | 4 pm | 13 | |
| 12-30-15 | THURSDAY | 4am | 10 am | 6 | |
| 1-1-16 | FRIDAY | New | Year's | Day | |
| 1-2-16 | Saturdy | 3:30 | 2pm | 44.25 / 10.5 | =54.75 |
| 1-4-16 | MONDAY | 6am | 7:15 | 13.25 | |
| 1-5-16 | TUESDAY | 6:30 | 5pm | 10.5 | |
| 1-6-16 | WEDNESDAY | 7am | 7pm | 12 | |
| 1-7-16 | THURSDAY | 5:30 | 6:30 | 13 | |
| 1-8-16 | FRIDAY | 4:30Am | 9:30Am | 5 | |

53.75

TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

# RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME Dwayon Alexander

A More Excellent Way Transportation

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 12-14-15 | MONDAY | 6:30 | 6pm | 11.5 | |
| 12-15-15 | TUESDAY | 7Am | 6pm | 11 | |
| 12-16-15 | WEDNESDAY | 6am | 5:35 | 11.5 | |
| 12-17-15 | THURSDAY | 6:30 | 7:30 | 11 | |
| 12-18-15 | FRIDAY | 5:30 | 5:00 | 11:50 | |
| 12-19-15 | Saturday | 11am | 1pm | 2 | |
| 12-21-15 | MONDAY | 5:45 | 6:30 | 12.75 | |
| 12-22-15 | TUESDAY | 7:00 | 6pm | 11 | |
| 12-23-15 | WEDNESDAY | 4:30 | 5:30 | 13 | |
| 12-24-15 | THURSDAY | 6:15 | 3pm | 8.75 | |
| 12-25-15 | FRIDAY | off | off | off | |

104

TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

# RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME Dwaylon Alexander
A More Excellent Way Transportation, LLC.

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 11-30-2015 | MONDAY | 6:15am | 6pm | 11:75 | |
| 12-1-2015 | TUESDAY | 6:15am | 5:15pm | 11. | |
| 12-2-2015 | WEDNESDAY | 7am | 6pm | 11 | |
| 12-3-2015 | THURSDAY | 7am | 6pm | 11 | |
| 12-4-2015 | FRIDAY | 6:45 | 7:30 | 12.75 | |
| | | | | 57.5 | |
| 12-7-2015 | MONDAY | 6am | 6:30pm | 12.5 | |
| 12-8-2015 | TUESDAY | 7:45 | 6:30pm | 9.75 | |
| 12-9-2015 | WEDNESDAY | 6:30am | 5pm | 10.5 | |
| 12-10-2015 | THURSDAY | 6:45 | 6:30 | 11.75 | |
| 12-11-2015 | FRIDAY | 7:45 | 6:30 | 12.25 | |

56.75

***TOTAL HOURS THIS PAY PERIOD*** ***PAY AMOUNT***

***AUTHORIZING SIGNATURE*** ***DATE***

# RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME Dwaylon Alexander
A More Excellent Way Transportation, LLC

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 11-16-15 | MONDAY | 10 am | 5:30 | 7.5 | |
| 11-17-15 | TUESDAY | off → | | | |
| 11-18-15 | WEDNESDAY | 6:30 | 5:30 | 11 | |
| 11-19-15 | THURSDAY | 6:45 | 6:30 | 11.75 | |
| 11-20-15 | FRIDAY | 6:45 | 7:30 | 12.75 | |
| | | | | 43 | |
| 11-23-15 | MONDAY | 6:45 | 6:30 | 11.75 | |
| 11-24-15 | TUESDAY | 6:15 | 6pm | 11.75 | |
| 11-25-15 | WEDNESDAY | 6 am | 6pm | 12 | |
| 11-26-15 | THURSDAY | Off → | Thanksgiving | | |
| 11-27-15 | FRIDAY | 8:15 | 7pm | 10.75 | |

46.25

TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

# RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME Dwaylon Alexander

A More Excellent Way Transportation

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 11-2-15 | MONDAY | 6am | 2:30 | 8:50 | |
| 11-3-15 | TUESDAY | 6am | 2:30 | 8.50 | |
| 11-4-15 | WEDNESDAY | 5am | 6pm | 13 | |
| 11-5- | THURSDAY | 5am | 6pm | 13 | |
| 11-6-15 | FRIDAY | 6am | 6:30 | 12.5 | |
| 11-7-15 | Sat. | 3am | 11:30 | 8.5 | |
| 11-9-15 | MONDAY | 6:am | 5pm | ~~64.0~~ 12 | |
| 11-10-15 | TUESDAY | 6:00 | 8:30 | 14.5 | |
| 11-11-15 | WEDNESDAY | 6:15 | 5:30pm | 11.25 | |
| 11-12-15 | THURSDAY | 7am | 6pm | 11 | |
| 11-13-15 | FRIDAY | 6:15am | 6:45pm | 12.50 | |

61.25

125.25

***TOTAL HOURS THIS PAY PERIOD***

***PAY AMOUNT***

***AUTHORIZING SIGNATURE***

***DATE***

# RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME Dwaylon Alexander

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 10-19-15 | MONDAY | 6:30 | 5:30 | 11 | |
| 10-20-15 | TUESDAY | 7:30 | 6:30 | 11 | |
| 10-21-15 | WEDNESDAY | 6:00am | 6:30 | 12.5 | |
| 10-22-15 | THURSDAY | 6:15am | 6 | 11.75 | |
| 10-23-15 | FRIDAY | 7 am | 6 pm | 11 | |
| | | | | 57.25 | |
| 10-26-15 | MONDAY | off | | | |
| 10-27-15 | TUESDAY | off | | | |
| 10-28-15 | WEDNESDAY | 6:45am | 2:30pm | 7.75 | |
| 10-29-15 | THURSDAY | 6am | 10:30 | 4.5 | |
| 10-30-15 | FRIDAY | 6am | 2pm | 8 | |
| | | | | 20.25 | |

77.50
TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

# RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME a More Excellent Way Transportation

TaxID-472594813 Dwaylon alexander

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 10-5-15 | MONDAY | 6:00 | 6pm | 11.5 | |
| 10-6-15 | TUESDAY | 6:30 am | 6pm | 11.5 | |
| 10-7-15 | WEDNESDAY | 7:15 | 5:30 | 10.25 | |
| 10-8-15 | THURSDAY | 6:45 | 6:15 | 11.25 | |
| 10-9-15 | FRIDAY | 6:45 | 5:30 | 10.50 | |
| | | | | 55 hours | |
| 10-12-15 | MONDAY | 10am | 5:30pm | 7.5 | |
| 10-13-15 | TUESDAY | 6:15Am | 5:30pm | 11.25 | |
| 10-14-15 | WEDNESDAY | 6:45 | 5:45 | 11 | |
| 10-15-15 | THURSDAY | 6AM | 6:15 | 12.25 | |
| 10-16-15 | FRIDAY | 6Am | 6pm | 12 | |

109

TOTAL HOURS THIS PAY PERIOD

54

$ 1090.00

PAY AMOUNT

AUTHORIZING SIGNATURE

11/6/2015

DATE

47-2594813

EMPLOYEE NAME Dwayton Alexander

Tax ID-472594813 A More Excellent Way Transportation

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 9-7-15 | MONDAY | | | | |
| 9-8-15 | TUESDAY | 7:25 | 4:30 | 9.05 | |
| 9-9-15 | WEDNESDAY | 6am | 4:30 | 10.5 | |
| 9-10-15 | THURSDAY | 6am | 4:00 | 10 | |
| 9-10-15 | FRIDAY | 6am | 6am | 12 | |
| | | | | 41.55 | |
| 9-14-15 | MONDAY | 6am | 4:30 | 10.50 | |
| 9-15-15 | TUESDAY | 6:15 | 4:50 | 10.55 | |
| 9-16-15 | WEDNESDAY | 6:25 | 6pm | 11.50 | |
| 9-17-15 | THURSDAY | 6:25 | 5pm | 10.55 | |
| 9-18-15 | FRIDAY | 5:45 | 5pm | 10.75 | |
| | | | | 53.35 | |

94.90
TOTAL HOURS THIS PAY PERIOD

$ 949
PAY AMOUNT

AUTHORIZING SIGNATURE

10/9/2015
DATE

# RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME Dwaylon Alexander

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 8-10-15 | MONDAY | Off | → | → | → |
| 8-11-15 | TUESDAY | 7am | 6:40pm | 11.60 | |
| 8-12-15 | WEDNESDAY | 6 am | 7:30 | 13.50 | |
| 8-13-15 | THURSDAY | 5:25 | 7pm | 13.65 | |
| 8-14-15 | FRIDAY | 7am | 6:00pm | 11.00 | |
| | | | | 49.75 | |
| 8-17-15 | MONDAY | 7am | 6:30 | 11.5 | |
| 8-18-15 | TUESDAY | 7am | 5:08 | 10.10 | |
| 8-19-15 | WEDNESDAY | 6:45 am | 5:35 | 10.85 | |
| 8-20-15 | THURSDAY | 6:25 Am | 5:33 pm | 11.08 | |
| 8-21-15 | FRIDAY | 7:25 | 4:30pm | 9 | |
| | | | | 52.53 | |

TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

# RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME Dwaylon Alexander

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 7-27-15 | MONDAY | 7:15am | 6:30pm | 11.25 | |
| 7-28-15 | TUESDAY | off → | | | |
| 7-29-15 | WEDNESDAY | 6am | 6:30pm | 12.5 | |
| 7-30-15 | THURSDAY | 5:50 Am | 5:30 | 11.60 | |
| 7-31-15 | FRIDAY | 6:00Am | 4pm | 10 | |
| | | | | | |
| 8-3-15 | MONDAY | 5:30 am | 7:15 | 14.25 | |
| 8-4-15 | TUESDAY | 6:25am | 3pm | 8.5 | |
| 8-5-15 | WEDNESDAY | 6:00Am | 7:15 | 13.25 | |
| 8-6-15 | THURSDAY | off — | | | |
| 8-7-15 | FRIDAY | 8am | | 4pm | |

89.35
TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME Dwaylon Alexander

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 7-13-15 | MONDAY | 6:am | 2:30pm | 8.5 | |
| 7-14-15 | TUESDAY | 5:45 | 2:30pm | 8.75 | - |
| 7-15-15 | WEDNESDAY | 6:am | 2:30pm | 8.5 | |
| 7-16-15 | THURSDAY | 5:45 Am | 2:30pm | 8.75 | |
| 7-17-15 | FRIDAY | 6:00 am | 2:30pm | 8.5 | |
| | | | | | |
| 7-20-15 | MONDAY | 7am | 2:30pm | 7.5 | |
| off | TUESDAY | ← | → | | |
| 7-22-15 | WEDNESDAY | 6:45am | 6:00pm | 11.25 | |
| 7-23-15 | THURSDAY | 7:30Am | 6:00pm | 11.50 | |
| 7-24-15 | FRIDAY | 7:30Am | 5 pm | 9.5 | |

82.75

TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

# RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME Dwaylon Alexander

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| 7-6-15 | MONDAY | Off | Off | | 30 |
| 7-7-15 | TUESDAY | 5:15 Am | 3:45 | 10.50 | 30 |
| 7-8-15 | WEDNESDAY | 5:45 Am | 2:50 pm | 9:05 | 30 |
| 7-9-15 | THURSDAY | 6:30 AM | 2:30 pm | 8. | 30 |
| 7-10-15 | FRIDAY | 5:45 | 2:30 | 8.75 | 30 |
| 7-11-15 | Saturday | 12:00 pm | 1:45 pm | 1.75 | 30 |
| 7-13-15 | MONDAY | 6:am | 2:30pm | 8.5 | 30 |
| 7-14-15 | TUESDAY | 5:45 Am | 2:30 pm | 8.75 | 30 |
| 7-15-15 | WEDNESDAY | 6:00 Am | 2:30 pm | 8.5. | 30 |
| 7-15-15 | THURSDAY | 5:45 | 2:30pm | 8.75 | 30 |
| 7-15-15 | FRIDAY | 6:00 Am | 2:30 pm | 8.5 | 30 |

81.05

TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

RJH TRANSPORTATION REPORTING TIME SHEET

EMPLOYEE NAME Dwaylon Alexander

| DATE | DAY | TIME-IN | TIME-OUT | TOTAL HOURS | PAY DATE |
|---|---|---|---|---|---|
| not working | MONDAY | | | | 7-31-15 |
| not working | TUESDAY | | | | 7-31-15 |
| 7-1-15 | WEDNESDAY | 8am | 2:30pm | 6.50 | 7-31-15 |
| 7-2-15 | THURSDAY | 5:45am | 2:30pm | 8.25 | 7-31-15 |
| 7-3-15 | FRIDAY off | → | → | → | 7-31-15 |
| | | | | | |
| off | MONDAY | | | | 7-31-15 |
| 7-7-15 | TUESDAY | 5:15am | 3:45 | 10.50 | 7-31-15 |
| 7-8-15 | WEDNESDAY | 5:45am | 2:50 | 9.10 | 7-31-15 |
| 7-9-15 | THURSDAY | 6:30Am | 2:30pm | 8 | 7-31-15 |
| 7-10-15 | FRIDAY | 5:45 | 2:30 | 8.75 | 7-31-15 |
| 7-11-15 | Saturday | 12pm | 2:00 | 2. | 7-31-15 |

53.10
TOTAL HOURS THIS PAY PERIOD

PAY AMOUNT

AUTHORIZING SIGNATURE

DATE

| WAYLON ALEXANDER | PAY PERIOD | 6/1/2015 | THRU | 6/14/2015 | | | | | | | | CHARGEBACKS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | VIP LEGS | LOGISTICARE LEGS | DATE | START | STOP | HOURS | GROSS | PAY ADJUSTMENTS | TOTAL | INSURANCE - SCREEN - MDOT - | | ADVANCES | NET TTL |
| 6/1/2015 | | | 0 | 6/1/2015 | 6:00 | 5:15 | 11.15 | | $ (4.50) | $ 95.85 | $ (25.00) | | $ (300.00) | |
| 6/2/2015 | | | 0 | 6/2/2015 | | | | | | $ - | $ (25.00) | | | |
| 6/3/2015 | | | 0 | 6/3/2015 | | | | | | $ - | | | | |
| 6/4/2015 | | | 0 | 6/4/2015 | 7:30 | 5:45 | 10.15 | | $ (4.50) | $ 86.85 | | | | |
| 6/5/2015 | | | 0 | 6/5/2015 | 7:15 | 6:00 | 11.15 | | $ (4.50) | $ 95.85 | | | | |
| 6/6/2015 | | | 0 | 6/6/2015 | | | | | | $ - | | | | |
| 6/7/2015 | | | 0 | 6/7/2015 | | | | | | $ - | | | | |
| 6/8/2015 | | | 1 | 6/8/2015 | | | | | | $ - | | | | |
| 6/9/2015 | | | 1 | 6/9/2015 | 8:00 | 4:06 | 8.06 | | $ (4.50) | $ 68.04 | | | | |
| 6/10/2015 | | | 0 | 6/10/2015 | 8:00 | 5:07 | 9.07 | | $ (4.50) | $ 77.13 | | | | |
| 6/11/2015 | | | 0 | 6/11/2015 | 6:00 | 4:00 | 10.00 | | $ (4.50) | $ 85.50 | | | | |
| 6/12/2015 | | | 0 | 6/12/2015 | 6:00 | 3:30 | 9.50 | | $ (4.50) | $ 81.00 | | | | |
| 6/13/2015 | | | 0 | 6/13/2015 | | | | | | $ - | | | | |
| 6/14/2015 | | | 0 | 6/14/2015 | | | | | | $ - | | | | |
| TTL | 0 | 0 | 2 | | | | 0 | | $ (31.50) | $ 590.22 | $ (50.00) | | $ (300.00) | $ 240.22 |

69.08
hours
x$10
690.08
+ extra
fifty ~~[illegible]~~ a late
run