# RJH TRANSPORTATION

## 2016 PAY PERIOD TIME FRAMES

| START | END | PAY DATE |
|---|---|---|
| 12/14/2015 | 12/27/2015 | 1/15/2016 |
| 12/28/2015 | 1/10/2016 | 1/29/2016 |
| 1/11/2016 | 1/24/2016 | 2/12/2016 |
| 1/25/2016 | 2/7/2016 | 2/26/2016 |
| 2/8/2016 | 2/21/2016 | 3/11/2016 |
| 2/22/2016 | 3/6/2016 | 3/25/2016 |
| 3/7/2016 | 3/20/2016 | 4/8/2016 |
| 3/21/2016 | 4/3/2016 | 4/22/2016 |
| 4/4/2016 | 4/17/2016 | 5/6/2016 |
| 4/18/2016 | 5/1/2016 | 5/20/2016 |
| 5/2/2016 | 5/15/2016 | 6/3/2016 |
| 5/16/2016 | 5/29/2016 | 6/17/2016 |
| 5/30/2016 | 6/12/2016 | 7/1/2016 |
| 6/13/2016 | 6/26/2016 | 7/15/2016 |
| 6/27/2016 | 7/10/2016 | 7/29/2016 |
| 7/11/2016 | 7/24/2016 | 8/12/2016 |
| 7/25/2016 | 8/7/2016 | 8/26/2016 |
| 8/8/2016 | 8/21/2016 | 9/9/2016 |
| 8/22/2016 | 9/4/2016 | 9/23/2016 |
| 9/5/2016 | 9/18/2016 | 10/7/2016 |
| 9/19/2016 | 10/2/2016 | 10/21/2016 |
| 10/3/2016 | 10/16/2016 | 11/4/2016 |
| 10/17/2016 | 10/30/2016 | 11/18/2016 |
| 10/31/2016 | 11/13/2016 | 12/2/2016 |
| 11/14/2016 | 11/27/2016 | 12/16/2016 |
| 11/28/2016 | 12/11/2016 | 12/30/2016 |
| 12/12/2016 | 12/25/2016 | 1/13/2017 |
| 12/26/2016 | 1/8/2017 | 1/27/2017 |

*Be sure to check your hours before payroll runs for Pay Date*

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 8/8/2016 to 8/21/2016
Pay Date: 9/9/2016

A MORE EXCELLENT WAY TRANSPORTATION
5105 WESTLAKE CIRCLE
BELLEVILLE, MI 48112

**Contractor Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| CONTRACTOR RATE | | | | |
|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date |
| DRIVER | | | | |
| DRIVER | 126.81 | $ 10.00 | $ 1,268.10 | |

| Deductions / Reimbursement | |
|---|---|
| Description | This Period |
| INSURANCE | $ (50.00) |
| ADVANCE | $ - |
| VEHICLE LEASE | $ (50.00) |
| GAS REIMBURSE | |

Changed this for using the van because mine went down

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,268.10 | $ (100.00) | $ 1,168.10 |

DETACH AND RETAIN FOR YOUR RECORDS

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 7/11/2016 to 7/24/2016
Pay Date: 8/12/2016

A MORE EXCELLENT WAY TRANSPORTATION
5105 WESTLAKE CIRCLE
BELLEVILLE, MI 48112

**Contractor Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| CONTRACTOR RATE | | | | |
|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date |
| DRIVER | 130.35 | $ 12.00 | $ 1,564.20 | |

| Deductions / Reimbursement | |
|---|---|
| Description | This Period |
| INSURANCE | $ (50.00) |
| ADVANCE | $ - |
| BREAKS | $ (50.00) |
| GAS REIMBURSE | $ 29.03 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,564.20 | $ (70.97) | $ 1,493.23 |

DETACH AND RETAIN FOR YOUR RECORDS

**RJH TRANSPORTATION**

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 6/27/2016 to 7/10/2016
Pay Date: 7/29/2016

**A MORE EXCELLENT WAY TRANSPORTATION**
**5105 WESTLAKE CIRCLE**
**BELLEVILLE, MI 48112**

**Contractor Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| CONTRACTOR RATE | | | | |
|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date |
| DRIVER | 112.5 | $ 12.00 | $ 1,350.00 | |
| BONUS | | | | |

| Deductions / Reimbursement | |
|---|---|
| Description | This Period |
| INSURANCE | $ (50.00) |
| ADVANCE | $ - |
| BREAKS | $ (45.00) |
| GAS REIMBURSE | $ 50.00 |
| MEETING | $ 12.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,350.00 | $ (33.00) | $ 1,317.00 |

DETACH AND RETAIN FOR YOUR RECORDS

8-11-16 4am - 7:30pm
8-12-16 4am - 7:?
8-15-16 [illegible]
8-16-16 - 4am 5:15
8-17-16 4am - 6:05pm

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 6/13/2016 to 6/26/2016
Pay Date: 7/15/2016

A MORE EXCELLENT WAY TRANSPORTATION
5105 WESTLAKE CIRCLE
BELLEVILLE, MI 48112

**Contractor Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| CONTRACTOR RATE | | | | | Deductions / Reimbursement | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period |
| DRIVER | 127.89 | $ 12.00 | $ 1,534.68 | | INSURANCE | $ (50.00) |
| | | | | | ADVANCE | $ - |
| BONUS | | | | | BREAKS | $ (50.00) |
| | | | | | GAS REIMBURSE | $ 61.78 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,534.68 | $ (38.22) | $ 1,496.46 |

DETACH AND RETAIN FOR YOUR RECORDS

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 5/30/2016 to 6/12/2016
Pay Date: 7/1/2016
Check #:

A MORE EXCELLENT WAY TRANSPORTATION
5105 WESTLAKE CIRCLE
BELLEVILLE, MI 48112

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | |
|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date |
| DRIVER | 51.35 | $ 12.00 | $ 616.20 | |
| | 76.3 | $ 10.00 | $ 763.00 | |
| BONUS | | | | |

| Deductions / Reimbursement | |
|---|---|
| Description | This Period |
| INSURANCE | $ (50.00) |
| ADVANCE | $ - |
| BREAKS | $ (60.00) |
| GAS REIMBURSE | $ 86.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This P |
|---|---|---|---|
| $ - | $ 1,379.20 | $ (24.00) | $ 1,3 |

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 5/16/2016 to 5/29/2016
Pay Date: 6/17/2016
Check #:

A MORE EXCELLENT WAY TRANSPORTATION
5105 WESTLAKE CIRCLE
BELLEVILLE, MI 48112

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | | Deductions / Reimbursement | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period |
| DRIVER | 133.2 | $ 12.00 | $ 1,598.40 | | INSURANCE | $ (50.00) |
| | | | | | ADVANCE | $ - |
| BONUS | | | | | BREAKS | $ (72.00) |
| | | | | | GAS REIMBURSE | |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,598.40 | $ (122.00) | $ 1,476.40 |

DETACH AND RETAIN FOR YOUR RECORDS

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 5/2/2016 to 5/15/2016
Pay Date: 6/3/2016
Check #:

A MORE EXCELLENT WAY TRANSPORTATION
5105 WESTLAKE CIRCLE
BELLEVILLE, MI 48112

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | | Deductions / Reimbursement | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period |
| DRIVER | 123.38 | $ 12.00 | $ 1,480.56 | | INSURANCE | $ (50.00) |
| | | | | | ADVANCE | $ (165.00) |
| BONUS | | | | | BREAKS | $ (60.00) |
| | | | | | GAS REIMBURSE | $ 7.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,480.56 | $ (268.00) | $ 1,212.56 |

DETACH AND RETAIN FOR YOUR RECORDS

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 4/18/2016 to 5/1/2016
Pay Date: 5/20/2016
Check #:

A MORE EXCELLENT WAY TRANSPORTATION
5105 WESTLAKE CIRCLE
BELLEVILLE, MI 48112

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | |
|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date |
| DRIVER | 136.45 | $ 12.00 | $ 1,637.40 | |
| BONUS | | | | |

| Deductions / Reimbursement | |
|---|---|
| Description | This Period |
| INSURANCE | $ (50.00) |
| ADVANCE | $ (450.00) |
| BREAKS | $ (72.00) |
| GAS REIMBURSE | $ - |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,637.40 | $ (572.00) | $ 1,065.40 |

4AM START DAILY - 6HRS

DETACH AND RETAIN FOR YOUR RECORDS

**RJH TRANSPORTATION**

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 4/4/2016 to 4/17/2016
Pay Date: 5/6/2016
Check #:

**A MORE EXCELLENT WAY TRANSPORTATION**
**5105 WESTLAKE CIRCLE**
**BELLEVILLE, MI 48112**

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | |
|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date |
| DRIVER | 138.95 | $ 12.00 | $ 1,667.40 | |
| BONUS | | | | |

| Deductions / Reimbursement | |
|---|---|
| Description | This Period |
| INSURANCE | $ (50.00) |
| ADVANCE | $ - |
| BREAKS | $ (72.00) |
| GAS REIMBURSE | $ 52.52 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,667.40 | $ (69.48) | $ 1,597.92 |

DETACH AND RETAIN FOR YOUR RECORDS

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 3/21/2016 to 4/3/2016
Pay Date: 4/22/2016
Check #:

A MORE EXCELLENT WAY TRANSPORTATION
5105 WESTLAKE CIRCLE
BELLEVILLE, MI 48112

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | | Deductions / Reimbursement | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period |
| DRIVER | 132.15 | $ 12.00 | $ 1,585.80 | | INSURANCE | $ (50.00) |
| | | | | | ADVANCE | $ - |
| BONUS | | | | | BREAKS | $ (72.00) |
| | | | | | ~~GAS REIMBURSE~~ | $ 115.28 |
| | | | | | MANIFEST CHGBK | $ (179.25) |

* I never was paid on this still

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,585.80 | $ (185.97) | $ 1,399.83 |

DETACH AND RETAIN FOR YOUR RECORDS

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 12/14/2015 to 12/27/2015
Pay Date: 1/15/2016
Check #:

A MORE EXCELLENT WAY TRANSPORTATION
5105 WESTLAKE CIRCLE
BELLEVILLE, MI 48112

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | | Deductions / Reimbursement | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period |
| DRIVER | 104.23 | $ 12.00 | $ 1,250.76 | | INSURANCE | $ (50.00) |
| | | | | | ADVANCE | $ - |
| BONUS | | | | | BREAKS | $ (60.00) |
| | | | | | GAS REIMBURSE | $ 18.52 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,250.76 | $ (91.48) | $ 1,159.28 |

DETACH AND RETAIN FOR YOUR RECORDS

**RJH TRANSPORTATION**

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 11/30/2015 to 12/13/2015
Pay Date: 12/31/2015
Check #:

**A MORE EXCELLENT WAY TRANSPORTATION**
**5105 WESTLAKE CIRCLE**
**BELLEVILLE, MI 48112**

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | |
|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date |
| DRIVER | 113.45 | $ 12.00 | $ 1,361.40 | |
| BONUS | | | | |

| Deductions / Reimbursement | |
|---|---|
| Description | This Period |
| INSURANCE | $ (50.00) |
| ADVANCE | $ (60.00) |
| BREAKS | $ (60.00) |
| GAS REIMBURSE | $ 35.62 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,361.40 | $ (134.38) | $ 1,227.02 |

DETACH AND RETAIN FOR YOUR RECORDS

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 11/16/2015 to 11/29/2015
Pay Date: 12/18/2015
Check #:

A MORE EXCELLENT WAY TRANSPORTATION
5105 WESTLAKE CIRCLE
BELLEVILLE, MI 48112

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | | Deductions / Reimbursement | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period |
| DRIVER | 89.18 | $ 12.00 | $ 1,070.16 | | INSURANCE | $ (50.00) |
| | | | | | ADVANCE | $ - |
| BONUS | | | | | BREAKS | $ (40.00) |
| | | | | | GAS REIMBURSE | $ 5.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,070.16 | $ (85.00) | $ 985.16 |

DETACH AND RETAIN FOR YOUR RECORDS

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 11/2/2015 to 11/15/2015
Pay Date: 12/4/2015
Check #:

A MORE EXCELLENT WAY
5105 WESTLAKE CIRCLE
BELLEVILLE, MI 48112

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | | Deductions / Reimbursement | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period |
| DRIVER | 124.45 | $ 12.00 | $ 1,493.40 | | INSURANCE | $ (50.00) |
| | | | | | ADVANCE | $ - |
| BONUS | | | | | BREAKS | $ (66.00) |
| | | | | | GAS REIMBURSE | $ - |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,493.40 | $ (116.00) | $ 1,377.40 |

DETACH AND RETAIN FOR YOUR RECORDS

**RJH TRANSPORTATION**

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

| | | |
|---|---|---|
| Pay Period: | 11/2/2015 to | 11/15/2015 |
| Pay Date: | 12/4/2015 | |
| Check #: | | |

**A MORE EXCELLENT WAY**
**5105 WESTLAKE CIRCLE**
**BELLEVILLE, MI 48112**

| | |
|---|---|
| **Employee Run:** | DWAA |
| **Department:** | NEMTD |
| **Social Security:** | XXX-XX-4813 |

| Hours and Earnings | | | | | Deductions / Reimbursement | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period |
| DRIVER | 124.45 | $ 12.00 | $ 1,493.40 | | INSURANCE | $ (50.00) |
| | | | | | ADVANCE | $ - |
| BONUS | | | | | BREAKS | $ (66.00) |
| | | | | | GAS REIMBURSE | $ 49.37 |

No receipts.

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,493.40 | $ (66.63) | $ 1,426.77 |

DETACH AND RETAIN FOR YOUR RECORDS

**RJH TRANSPORTATION**

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 10/19/2015 to 11/1/2015
Pay Date: 11/20/2015
Check #:

A MORE EXCELLENT WAY TRANSPORTATION
5105 WESTLAKE CIRCLE
BELLEVILLE, MI 48112

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | | Deductions / Reimbursement | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period |
| DRIVER | 77.02 | $ 12.00 | $ 924.24 | | INSURANCE | $ (50.00) |
| | | | | | ADVANCE | $ - |
| BONUS | | | | | BREAKS | $ (40.00) |
| | | | | | GAS REIMBURSE | $ 25.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 924.24 | $ (65.00) | $ 859.24 |

DETACH AND RETAIN FOR YOUR RECORDS

307

93
31
124
200
324

**RJH TRANSPORTATION**

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 10/5/2015 to 10/18/2015
Pay Date: 11/6/2015
Check #:

**A MORE EXCELLENT WAY**
**5105 WESTLAKE CIRCLE**
**BELLEVILLE, MI 48112**

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | | Deductions / Reimbursement | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period |
| DRIVER | 109.45 | $ 12.00 | $ 1,313.40 | | INSURANCE | $ (50.00) |
| | | | | | ADVANCE | $ - |
| BONUS | | | | | BREAKS | $ (60.00) |
| | | | | | GAS REIMBURSE | $ 5.02 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,313.40 | $ (104.98) | $ 1,208.42 |

DETACH AND RETAIN FOR YOUR RECORDS

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 9/21/2015 to 10/4/2015
Pay Date: 10/23/2015
Check #:

A MORE EXCELLENT WAY TRANSPORTATION
5105 WESTLAKE CIRCLE
BELLEVILLE, MI 48112

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | |
|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date |
| DRIVER | 108.2 | $ 10.00 | $ 1,082.00 | |
| BONUS | | | | |

| Deductions / Reimbursement | |
|---|---|
| Description | This Period |
| INSURANCE | $ (50.00) |
| ADVANCE | $ (130.00) |
| BREAKS | $ (50.00) |
| GAS REIMBURSE | $ 93.44 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,082.00 | $ (136.56) | $ 945.44 |

DETACH AND RETAIN FOR YOUR RECORDS

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 9/7/2015 to 9/20/2015
Pay Date: 10/9/2015
Check #:

**A MORE EXCELLENT WAY**
**5105 WESTLAKE CIRCLE**
**BELLEVILLE, MI 48112**

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-4813

| Hours and Earnings | | | | | Deductions / Reimbursement | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period |
| DRIVER | 94.9 | $ 10.00 | $ 949.00 | | INSURANCE | $ (50.00) |
| | | | | | ADVANCE | $ - |
| BONUS | | | | | BREAKS | $ (45.00) |
| | | | | | GAS REIMBURSE | $ 83.20 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 949.00 | $ (11.80) | $ 937.20 |

DETACH AND RETAIN FOR YOUR RECORDS

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 8/10/2015 to 8/23/2015
Pay Date: 9/11/2015
Check #:

**DWAYLON ALEXANDER**
**5105 WESTLAKE CIRCLE**
**BELLEVILLE, MI 48112**

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-9187

| Hours and Earnings | | | | | Deductions / Reimbursement | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period |
| DRIVER | 102.28 | $ 10.00 | $ 1,022.80 | | INSURANCE | $ (50.00) |
| | | | | | ADVANCE | $ - |
| BONUS | | | | | BREAKS | $ (45.00) |
| | | | | | GAS REIMBURSE | $ 20.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 1,022.80 | $ (75.00) | $ 947.80 |

DETACH AND RETAIN FOR YOUR RECORDS

RJH TRANSPORTATION

RJH TRANSPORTATION
33150 SCHOOLCRAFT RD STE. 102
LIVONIA, MI 48150
(734) 525-5627

Pay Period: 6/15/2015 to 6/28/2015
Pay Date: 7/17/2015
Check #:

**DWAYLON ALEXANDER**
**5105 WESTLAKE CIRCLE**
**BELLEVILLE, MI 48112**

**Employee Run:** DWAA
**Department:** NEMTD
**Social Security:** XXX-XX-9187

| Hours and Earnings | | | | | Deductions / Reimbursement | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period |
| DRIVER | 9 | $ 9.00 | $ 81.00 | | INSURANCE | $ - |
| | | | | | ADVANCE | $ - |
| BONUS | | $ 50.00 | $ 50.00 | | BREAKS | $ - |
| | | | | | GAS REIMBURSE | $ - |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $ - | $ 131.00 | $ - | $ 131.00 |

*** NO DEDUCTIONS WERE TAKEN THIS CHECK

DETACH AND RETAIN FOR YOUR RECORDS